COMMONWEALTH of Pennsylvania,
Respondent

v.

Scott Scarlotta MEINZER, Petitioner

No. 18 MAL 2017

Supreme Court of Pennsylvania.

June 6, 2017

## ORDER

PER CURIAM

AND NOW, this 6th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**